UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| ASHLEY SIMPSON<br><br>Plaintiff,<br><br>vs.<br><br>MRS ASSOCIATES, INC.<br><br>Defendant. | Civil Action No. 3:11-cv-37 |

## VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL

ASHLEY SIMPSON (hereinafter referred to as "Plaintiff"), through the undersigned counsel, ALEX SIMANOVSKY & ASSOCIATES, LLC, alleges the following against MRS ASSOCIATES, INC., (hereinafter referred to as "Defendant"):

### INTRODUCTION

1. This is an action for actual and statutory damages brought by Plaintiff Ashley Simpson an individual consumer, against Defendant MRS Associates, Inc. for violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* (hereinafter "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

### JURISDICTION AND VENUE

2. Jurisdiction of this court arises under 15 U.S.C. § 1692k(d) and 28 U.S.C. § 1337. Declaratory relief is available pursuant to 28 U.S.C. §§ 2201 and 2202. Venue in this District is proper in that the defendants transact business here and the conduct complained of occurred here.

## PARTIES

3. Plaintiff, Ashley Simpson is a natural person residing in Lavonia, Georgia.

4. Defendant, MRS Associates, Inc. is a corporation engaged in the business of collecting debt in this state with its principal place of business located at 1930 Olney Ave., Cherry Hill, NJ 08003. The principal purpose of Defendant is the collection of debts in this state and defendant regularly attempts to collect debts alleged to be due another.

5. Defendants are engaged in the collection of debts from consumers using the mail and telephone. Defendants regularly attempt to collect consumer debts alleged to be due to another. Defendants are "debt collectors" as defined by the FDCPA, 15 U.S.C. § 1692a(6).

## FACTUAL ALLEGATIONS

6. Upon information and belief, Defendant began placing collection calls to Plaintiff in October of 2010.

7. During collection calls, Plaintiff has been threatened by Defendant with wage garnishment.

8. To date, Defendant has not taken action to garnish Plaintiff's wages.

9. During collection calls, Plaintiff has been threatened by Defendant with litigation.

10. To date, Defendant has not taken action to commence litigation against Plaintiff.

11. During collection calls, Defendant has threatened to take Plaintiff's assets and offset her income taxes.

12. To date, Defendant has not taken action to take Plaintiff's assets or offset her income taxes.

13. During collection calls, Defendant has made misleading statements to Plaintiff in regards to its ability to garnish Plaintiff's wages, commence lawsuits against Plaintiff, take Plaintiff's assets, and offset Plaintiff's income taxes.

14. As a result of the acts alleged above, Plaintiff suffered severe emotional distress resulting in stress.

## CLAIM FOR RELIEF

15. Plaintiff repeats and realleges and incorporates by reference to the foregoing paragraphs.

16. Defendants violated the FDCPA. Defendants' violations include, but are not limited to, the following:

   (a) Defendant violated §1692e(4) of the FDCPA by giving the representation or implication that nonpayment of any debt will result in the garnishment of the wages of Plaintiff, without intending to take said action;

   (b) Defendant violated §1692e(5) of the FDCPA by threatening to take action that it did not intend to take, such as action that would result litigation against Plaintiff, in the offsetting of Plaintiff's income taxes, and in the taking of Plaintiff's assets; and

   (c) Defendant violated §1692e(10) of the FDCPA by using false, deceptive, or misleading representation or means in connection with the collection of Plaintiff's alleged debt.

17. As a result of the foregoing violations of the FDCPA, defendant is liable to the plaintiff Ashley Simpson for declaratory judgment that defendant's conduct violated the FDCPA, actual damages, statutory damages, and costs and attorney fees.

WHEREFORE, Plaintiff ASHLEY SIMPSON respectfully requests that judgment be entered against Defendant MRS ASSOCIATES, INC., for the following:

   A. Declaratory judgment that Defendant's conduct violated the FDCPA;

   B. Actual damages;

C.   Statutory damages pursuant to 15 U.S.C. § 1692k;

D.   Costs and reasonable attorney fees pursuant to 15 U.S.C. § 1692k; and

F.   For such other and further relief as the Court may deem just and proper.

<u>DEMAND FOR JURY TRIAL</u>

PLEASE TAKE NOTICE that Plaintiff Ashley Simpson demands trial by jury in this action.

This 9th day of March, 2011.

Respectfully submitted,

ALEX SIMANOVSKY & ASSOCIATES LLC

<u>     /s/ Alex Simanovsky     </u>
Alex Simanovsky, Esq.
GA Bar No. 646874
Alex Simanovsky & Associates, LLC
2300 Henderson Mill Road
Suite 300
Atlanta, GA 30345
(770) 414-1002
alex@fdcpalawyeronline.com

*Attorney for Plaintiff*